**Harry SCHULTE, Plaintiff/Appellant,**

v.

**SSM DEPAUL HEALTH CENTER, Defendant/Respondent.**

**No. ED 91287.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 20, 2009.

---

G. Michael Flotte, Florissant, MO, for appellant.

Rodney M. Sharp, Natalie J. Kussart, Sandberg, Phoenix & von Gontard, P.C., St. Louis, MO, for respondent.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Plaintiff, Harry Schulte, appeals from the entry of summary judgment in favor of defendant, SSM DePaul Health Center. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).